◼ BOBBY EDWARDS, Respondent, v ACADIA-PA 161ST STREET LLC, Appellant. (And a Third-Party Action.) [922 NYS2d 316]—

Order, Supreme Court, Bronx County (Larry S. Schachner, J.), entered October 8, 2010, which, in an action for personal injuries, denied defendant/third-party plaintiff's motion for summary judgment dismissing the complaint and all cross claims as against it, unanimously affirmed, without costs.

Defendant failed to establish its entitlement to judgment as a matter of law (*see generally Alvarez v Prospect Hosp.*, 68 NY2d 320, 324 [1986]). In support of the motion, defendant submitted, inter alia, plaintiff's deposition testimony wherein he stated that he cut his finger on the jagged edge of a metal paper towel dispenser in the bathroom of defendant's building. Although the burden did not shift to plaintiff to raise a triable issue of

fact (*id.*), it is noted that contrary to defendant's contention, plaintiff's affidavit, the supervisor's report and the hospital record are all consistent with the account plaintiff provided at his deposition (*cf. Phillips v Bronx Lebanon Hosp.*, 268 AD2d 318, 320 [2000]). Concur—Mazzarelli, J.P., Renwick, DeGrasse, Freedman and Richter, JJ.